UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO L. MANNING,

                Plaintiff,                No. 09-CV-13840

vs.                                             Hon. Gerald E. Rosen

D. DOLCE, et al.,

                Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

        At a session of said Court, held in the
        U.S. Courthouse, Detroit, Michigan
        on    January 19, 2011
        PRESENT:  Honorable Gerald E. Rosen
                          United States District Judge

This matter having come before the Court on the January 3, 2011 Report and Recommendation of United States Magistrate Judge Mark A. Randon recommending that the Court grant Defendants' Second Motion for Summary Judgment and dismiss Plaintiff's Complaint, with prejudice; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Complaint this case should be dismissed in its entirety, with prejudice, and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of January 3, 2011 **[Dkt. # 42]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Second Motion for Summary Judgment **[Dkt. # 36]** is GRANTED. Accordingly, Plaintiff's Complaint is hereby DISMISSED, in its entirety, with prejudice.

                                     s/Gerald E. Rosen  
                                     Chief Judge, United States District Court

Dated: January 19, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 19, 2011, by electronic mail and upon Antonio L. Manning, 5805 Orchard Court, Apartment #8, Lansing, MI 48911-5217 by ordinary mail.

                                     s/Ruth A. Gunther  
                                     Case Manager